# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 26-2146 **Short Title:** Morose v. Warden

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:
Phillip Morose as the

[✓] appellant(s) [ ] appellee(s) [ ] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

/s/ Nicolas A. Sansone
Signature

October 14, 2026
Date

Nicolas A. Sansone
Name

Public Citizen Litigation Group
Firm Name (if applicable)

(202) 588-1000
Telephone Number

1600 20th Street NW
Address

Fax Number

Washington, DC 20009
City, State, Zip Code

nsansone@citizen.org
Email (required)

Court of Appeals Bar Number: 1204046

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________________

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).